UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

In re:                                                               Chapter 11
                                                                     Case No.

MICHAEL WEINSTEIN,

                                    Debtor                           **AFFIDAVIT UNDER**
                                                                     **LOCAL RULE 1007-2**

------------------------------------------------------------------X

STATE OF NEW YORK   )
                    ) SS.:
COUNTY OF ROCKLAND )

MICHAEL WEINSTEIN, being duly sworn deposes and says:

1.      I am the Debtor herein, who filed a petition for relief under Chapter 11 of Title 11 of the United States Code in this Court.

2.      The Chapter 11 petition was filed to prevent a tax foreclosure on property located at 102-108 Deltic Road, New City, NY and 109-132 Deltic Road, New City, NY and to help to reorganize unsecured debt.

3.      This is my first case under Chapter 11.

4.      There has been no Committee of Creditors organized prior to the filing of the Chapter 11 petition herein.

5.      A list of my twenty largest unsecured creditors is annexed as Exhibit "A".

6.      There are no secured creditors except the taxing authority.

7.      None of my property is in the possession or custody of a receiver.

8.      I was gainfully employed at Good Samaritan Hospital, Suffern, New York. I also helped my elderly father manage his real estate. I lost my job due to outsourcing simultaneously with my father dying. I was the executor of my father's Estate and inherited 238 West Clarkstown Road, New City, New York, subject to mortgages and 102-108 Deltic

Road, New City, New York.  I also inherited 65% of 109-132 Deltic Road, New City, New York, with my sister inheriting 25% and my nieces and nephews inheriting 10%.

9.    I was not familiar with property management nor was I as handy as my father and It took quite a while until I was able to properly manage the property and develop a crew of trades people to help maintain it.

10.    The situation was made more difficult as I was unable to settle the Estate due to issues with my family who reside in Florida.

11.    Notwithstanding, the property generates enough cash flow to address the taxes provided we are afforded time.

12.    Unfortunately, the taxing authority advised they could not allow any extended payment at this time.

13.    All of my property is located in Rockland County, in the State of New York There are no assets located outside the territorial limit of the United States.

14.    There are no other actions presently pending against me in the State of New York.

15.    I intend to rehabilitate my interests as Debtor-in-possession and in accordance with the provisions of Chapter 11 of the Bankruptcy Code, and intend to propose a Plan pursuant to the provisions thereof, which will include all of our personal liability.

16.    I have a fluctuating monthly gross rental income of approximately $30,000.00.                        .

17.    I believe that I can eventually affect a Plan of Reorganization which will be acceptable to all of my creditors and especially the taxing authority.

18.   A liquidation of my assets would not be in the best interest of any of the parties hereto.

19.   That by reason of the foregoing, I believe that the interest of all parties would best be served by my continuation as Debtor-in-possession and in the management of my assets.

_____
MICHAEL WEINSTEIN

Sworn to before me this
____ day of July, 2015

_____
NOTARY PUBLIC

HARVEY S. BARR
Notary Public, State of New York
No. 4629194
Qualified in Rockland County
Commission Expires June 30, 20__

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re    Michael D Weinstein                                    Case No. _____
                                              Debtor(s)          Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| American Express<br>PO Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | American Express<br>PO Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | Credit Card | | 2,436.00 |
| Bk Of Amer<br>PO Box 982235<br>El Paso, TX 79998 | Bk Of Amer<br>PO Box 982235<br>El Paso, TX 79998 | Credit Card | | 10,568.00 |
| Bk Of Amer<br>PO Box 982235<br>El Paso, TX 79998 | Bk Of Amer<br>PO Box 982235<br>El Paso, TX 79998 | Credit Card | | 6,937.00 |
| Chase Card<br>PO Box 15298<br>Wilmington, DE 19850 | Chase Card<br>PO Box 15298<br>Wilmington, DE 19850 | Credit Card | | 6,004.00 |
| Chase Card<br>PO Box 15298<br>Wilmington, DE 19850 | Chase Card<br>PO Box 15298<br>Wilmington, DE 19850 | Check Credit Or Line Of Credit | | 2,284.00 |
| Citi<br>CitiCard Credit Services/Centralized Ban<br>PO Box 790040<br>Saint Louis, MO 63179 | Citi<br>CitiCard Credit Services/Centralized Ban<br>PO Box 790040<br>Saint Louis, MO 63179 | Credit Card | | 2,076.00 |
| Citibank<br>PO Box 769004<br>San Antonio, TX 78245-9004 | Citibank<br>PO Box 769004<br>San Antonio, TX 78245-9004 | 238 West Clarkstown Road, New City, New York | | 38,105.11 (300,000.00 secured) (265,049.81 senior lien) |
| Citibank SD, NA<br>Attn: Centralized Bankruptcy<br>PO Box 20363<br>Kansas City, MO 64195 | Citibank SD, NA<br>Attn: Centralized Bankruptcy<br>PO Box 20363<br>Kansas City, MO 64195 | Credit Card | | 1,032.00 |
| Citibank SD, NA<br>Attn: Centralized Bankruptcy<br>PO Box 20363<br>Kansas City, MO 64195 | Citibank SD, NA<br>Attn: Centralized Bankruptcy<br>PO Box 20363<br>Kansas City, MO 64195 | Credit Card | | 6,507.00 |

EXHIBIT "A"

7/21/15 2:40PM

B4 (Official Form 4) (12/07) - Cont.

In re   **Michael D Weinstein**
_____
Debtor(s)

Case No.   _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| County of Rockland<br>Dept. of Finance and Budget<br>18 New Hempstead Road<br>New City, NY 10956 | County of Rockland<br>Dept. of Finance and Budget<br>18 New Hempstead Road<br>New City, NY 10956 | Property Location<br>102-108 and<br>109-132 Deltic<br>Road, New City | | 312,679.78 |
| Discover Fin Svcs Llc<br>PO Box 15316<br>Wilmington, DE 19850 | Discover Fin Svcs Llc<br>PO Box 15316<br>Wilmington, DE 19850 | Credit Card | | 10,858.00 |
| Sears/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117 | Sears/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117 | Credit Card | | 11,144.00 |
| Unvl/Citi<br>Attn.: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195 | Unvl/Citi<br>Attn.: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195 | Credit Card | | 15,597.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Michael D Weinstein**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____                    Signature _____

                                                    Michael D Weinstein
                                                    Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy